UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 00180**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CMA-CGM (AMERICA), INC.,

v.

SILVER LINE MOTORS, and
ISMAIL ELABDALLAH,

CASE NO.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PURSUANT TO RULE 7.1 [FORMERLY LOCAL GENERAL RULE 9] OF THE LOCAL

RULES OF THE US DISTRICT COURT FOR THE SOUTHERN AND EASTERN

DISTRICTS OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF

THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE

UNDERSIGNED COUNSEL FOR _____CMA-CGM (America), Inc._____

(A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING

ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY,

WHICH ARE PUBLICLY HELD.

                              None

DATE: ____1-8-08____

                    _____
                    SIGNATURE OF ATTORNEY
                    Albert J. Avallone - AA1679

FORM SDNY-9
WEB 4/99