AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 1/18/2008  11:46AM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Dennis Moreland | Process Server SCH1655 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Delivered to Silver Line Motors by delivering to Ismail Klabdallah 2679 Shaver Street, Pasadena, Texas 77501

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/21/2008
             Date

Signature of Server

3801 Kirby Drive, Suite 313
Houston, Texas  77098
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.