4-180412
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CMA CGM (AMERICA) LLC,

                       Plaintiff,

   - against -

SILVER LINE MOTORS, and
ISMAIL ELABDALLAH,

                       Defendants.
------------------------------------------------------------X

CV 08-00180 (McMAHON)

AFFIDAVIT

STATE OF VIRGINIA     )
                              ) ss.:
INDEPENDENT CITY    )

      GREGG GENDRON, being duly sworn, deposes and says:

      1. I am the Director of Credit and Collection for CMA CGM (AMERICA) LLC ("CMA"), the plaintiff in the referenced matter. As such, I am personally familiar with the facts and circumstances herein, and I make this affidavit in support of plaintiff's application for Judgment by Default against defendants SILVER LINE MOTORS, and ISMAIL ELABDALLAH.

      2. CMA's records show that defendants SILVER LINE MOTORS, and ISMAIL ELABDALLAH were the shippers of goods carried on plaintiff's Vessels, and are the parties responsible to remit the pre-loading demurrage charges as set forth in the Complaint. Such charges are true and accurate pursuant to CMA's tariff, are the responsibility of defendants SILVER LINE MOTORS and ISMAIL ELABDALLAH, and remain unpaid, save for several invoices which have been reviewed by plaintiff prior to the submission of this motion. Those invoices, referred to in Schedule A submitted herein, have been reduced to zero.

WHEREFORE, plaintiff prays for the entry of judgment by default against defendants SILVER LINE MOTORS, and ISMAIL ELABDALLAH.

Dated: Norfolk, Virginia
July 7, 2008

_____
Gregg Gendron

Sworn to before me this
8 day of July, 2008

_____
Notary Public  #252854

my Comission expires
April 30, 2009